**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

September 28, 2007

**LETTER ORDER**

Re:   Arona Hill v. Community Animal Hospital, et al
      Civil Action No. 06-6020 (PGS)

Dear Counsel:

After review of Mr. Bride's, Counsel for the defendants Community Hospital and Anthony Weshefsky, correspondence dated September 26, 2007, the Undersigned has scheduled a Telephone Status Conference for **October 2, 2007 at 11:30 a.m.. Plaintiff's Counsel is to initiate the call. Should you have any questions please call (973) 297-4887.**

        SO ORDERED.

                                        *s/Esther Salas*
                                        **Esther Salas, U.S.M.J**

cc:   Clerk
      Hon. Peter G. Sheridan, U.S.D.J.
      File