JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
973-538-6890
Brett M. Anders, Esq.
Robert M. Pettigrew, Esq.

ATTORNEYS FOR DEFENDANTS ATLANTIC
HEALTH SYSTEM AND OVERLOOK HOSPITAL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARONA HILL, | |
| Plaintiff, | Civil Action No. 06-cv-6020 (PGS) |
| v. | |
| COMMUNITY ANIMAL HOSPITAL, ANTHONY WESHEFSKY, OVERLOOK HOSPITAL, ATLANTIC HEALTH SYSTEM, JOHN and/or JANE DOES, 1-50 (names being fictitious and unknown), | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ATLANTIC HEALTH SYSTEM AND OVERLOOK HOSPITAL |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff Arona Hill and Defendants Atlantic Health System and Overlook Hospital (the "AH Defendants"), through their undersigned counsel who are authorized to enter this stipulation, that Plaintiff's action against the AH Defendants is dismissed, in its entirety, with prejudice, and without costs or attorneys' fees.

PANITCH & RACHINSKY, LLC
330 Milltown Road, Suite W-11
East Brunswick, NJ 08817

By: _____
Richard S. Panitch, Esq.
Attorney for Plaintiff

April 8, 2008
107808 pleading014-sod.doc

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960

By: _____
Brett M. Anders, Esq.
Robert M. Pettigrew, Esq.
Attorneys for the AH Defendants

April 10, 2008

SO ORDERED: _____
DATED: 4/18/08