RICHARD S. PANITCH, Esquire (RP 1678)
PANITCH & RACHINSKY, LLC
ATTORNEYS AT LAW
330 Milltown Road, Suite W-11
East Brunswick, New Jersey 08816
(732) 257-3334 • facsimile (732) 257-3459
Attorneys for Plaintiff, Arona Hill

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARONA HILL, | : |
| *Plaintiff,* | : |
| -vs- | : Docket No. 06-cv-6020 (PGS) |
| COMMUNITY ANIMAL HOSPITAL, ANTHONY WESHEFSKY, OVERLOOK HOSPITAL, ATLANTIC HEALTH SYSTEM, JOHN and/or JANE DOES, 1-50 (names being fictitious and unknown), and ABC COMPANIES, 1-50 (names being fictitious and unknown), | : CONSENT ORDER |
| *Defendants.* | : |

THIS matter having come before the Court, and the Parties having consented to same, and good cause having been shown;

IT IS on this 18 day of April 2008 hereby,

ORDERED that Plaintiff's Complaint against Defendants Community Animal Hospital and Andrew Weshefsky are REMANDED, to the Superior Court of New Jersey, Union County, as all Federal claims in the matter have been resolved;

-1-

We hereby consent to the form of Order:

_____
RICHARD S. PANITCH
PANITCH & RACHINSKY, LLC
Attorney for Plaintiff

_____
JAMES D. BRIDE
LEARY BRIDE TINKER MORAN
Attorney for Defendants
Community Animal Hospital
and Andrew Weshefsky

So Ordered

_____ 4/18/08
HONORABLE PETER G. SHERIDAN